266 So.2d 891

In re AMERICAN LIBERTY INSURANCE
COMPANY, a corporation

v.

Leroy E. PACK and Ruth E. Pack.

Ex parte American Liberty Insurance Company, a corporation.

6 Div. 1001.

Supreme Court of Alabama.

Sept. 28, 1972.

Rehearing Denied Oct. 12, 1972.

Sadler, Sadler, Sullivan & Sharp, Birmingham, for petitioner.

No brief from respondent.

MADDOX, Justice.

Petition of American Liberty Insurance Co., a Corporation, for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in American Liberty Insurance Co., a Corp. v. Pack and Pack, 266 So.2d 887.

Writ denied.

All the Justices concur except SIMPSON, J., not sitting.

266 So.2d 344

In re Jerry BAKER, alias

v.

STATE of Alabama.

Ex parte Jerry Baker, alias.

6 Div. 1009.

Supreme Court of Alabama.

Sept. 7, 1972.

Robert W. Gwin, Jr., Birmingham, for petitioner.

No brief for the State.

HEFLIN, Chief Justice.

Petition of Jerry Baker, alias, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Baker, alias v. State, 266 So.2d 340.

Writ denied.

MERRILL, COLEMAN, BLOODWORTH and McCALL, JJ., concur.